## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re    Sandra Elizabeth Russell                                    **Case No.**  13-35999-KLP

           **Debtor(s)**                                                             **Chapter 13**

### ORDER VACATING DISMISSAL

A hearing was held in open court on _____2/26/14_____, on the debtor's motion to vacate the order dismissing this case. The debtor(s) and, *if applicable*, the attorney for the debtor(s) were present. No party appeared in opposition.

Upon consideration of the motion and the entire record in this case, it is

**ORDERED:**

1. The motion is granted, and the order dismissing this case is **VACATED**.

2. *(If applicable)* ___ The debtor(s) shall file the required lists, statements, and schedules pursuant to Federal Rule of Bankruptcy Procedure 1007, and/or the Chapter 13 Plan and Related Motions pursuant to Local Bankruptcy Rule 3015-2 within _____ days of the date of entry of this order.

3. *(If applicable)* ___ The § 341 Meeting of Creditors is rescheduled for _____, at _____, at the Office of the United States Trustee, 701 E. Broad St., Suite 4300, Richmond, Virginia.  This order shall constitute appropriate notice of the rescheduled § 341 Meeting of Creditors pursuant to Local Bankruptcy Rule 2003-1.

4. *(If applicable)* ___ Pursuant to Local Bankruptcy Rule 3015-2(E)(1), objections to confirmation of plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing. If no objections are timely filed, there will be no confirmation hearing. Timely filed objections will be heard at the confirmation hearing which has been rescheduled for _____, at _____, at the United States Bankruptcy Court, _____.

5. *(If applicable)* ___ The following deadlines have been extended.  Except for the dates and times set forth below, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

    a. The deadline to object to discharge under Federal Rule of Bankruptcy Procedure 4004 is extended until

    b. The deadline set forth in Federal Rule of Bankruptcy Procedure 4007(c) to file a complaint pursuant to § 523(c) of the Bankruptcy Code is extended until

6. Except for the dates and times set forth above, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

7. *(If applicable)* ___ It is further ORDERED that the debtor(s) pay the balance of the filing fee in the amount of $_____ to the Clerk of Court within 14 days of the date of entry of this order.

8. *(If applicable)* ___ For reasons stated by the Court at the hearing, the attorney for debtor, _____, shall pay a fee of $_____ to the Clerk of Court within 30 days of the date of entry of this order.

9. Failure to timely comply with this order will result in the case being dismissed without further notice from the Court.

Date: Mar 4 2014                 /s/ Keith L. Phillips  
                                                      United States Bankruptcy Judge

                                        NOTICE OF JUDGMENT OR ORDER  
                                        ENTERED ON DOCKET 3/5/14