Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON & DUVAL
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
T: 804-643-0000
F: 804-788-4427
klake@mcdonaldsutton.com

*Counsel for Sherman B. Lubman, Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:           DENISE MICHELLE BRAXTON           Chapter 7

Case No.: 12-33997-DOT

Debtor.

**ORDER FURTHER EXTENDING TIME TO FILE COMPLAINT
OBJECTING TO GENERAL DISCHARGE**

This matter came to be heard upon the Trustee's Motion for Further Extension Of Time To File Complaint Objecting to General Discharge (the "Motion"), filed with the Court by Sherman B. Lubman, Chapter 7 Trustee (the "Trustee") for the Bankruptcy Estate of Denise Michelle Braxton (the "Debtor"), by counsel, and within the time allowed pursuant to Bankruptcy Rules 4004(b) and 9006(b).

It appearing that, after proper notice served on all parties in interest to the Motion, no objection or response has been filed with this Court and that good cause has been shown, it is hereby

ORDERED as follows:

- The Motion shall be, and hereby is, GRANTED.

- The time for filing an objection to the debtor's discharge pursuant to § 727 is hereby extended to July 29, 2013.

- The enlargement of time to file an objection to the debtor's discharge granted herein shall also extend to the United States Trustee.

- The Clerk shall send a copy of this Order, once entered, to all parties appearing on the attached Mailing List.

DATE: _____          _____
                                  Douglas O. Tice, Jr.
                                  United States Bankruptcy Judge

                                  NOTICE OF JUDGMENT OR ORDER
                                  Entered on Docket

                                  _____

I ask for this:

/s/ Kevin A. Lake

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON & DUVAL
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
T: 804-643-0000
F: 804-788-4427
klake@mcdonaldsutton.com

*Counsel for Sherman B. Lubman, Trustee*

**CERTIFICATE OF SERVICE**

  I hereby certify, pursuant to Local Rule, that, on this 15th day of April 2013, I caused a true and exact copy of the foregoing proposed Order to be transmitted by electronic means or by first-class mail, postage prepaid, to all necessary parties as follows: See attached Service List.

              /s/ Kevin A. Lake
              Kevin A. Lake, Esquire

CERTIFICATION OF ENDORSEMENT

  I hereby certify, under Local Rule 9022-1 (C) (2), that the foregoing proposed Order has been endorsed by all necessary parties.

              /s/ Kevin A. Lake
              Kevin A. Lake

SERVICE LIST

Sherman B. Lubman, Trustee
P.O. Box 5757
Glen Allen, Virginia 23058

Robert B. Van Arsdale, Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Denise Michelle Braxton
1218 Huntland Road
Richmond, Virginia 23225

Jessica L. Fellows, Esquire
America Law Group, Inc.
7825 Midlothian Turnpike, Ste. 104
Richmond, Virginia 23235

Linda D. Jennings, Esquire
America Law Group, Inc.
7825 Midlothian Turnpike, Ste. 104
Richmond, Virginia 23235